UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
ASHLAND

CIVIL ACTION NO. 0:25-CV-00066-DLB-EBA

CONTINENTAL INSURANCE COMPANY and
TRANSPORTATION INSURANCE COMPANY,                    PLAINTIFFS,

V.                    **REPORT AND RECOMMENDATION**

TLP CONSTRUCTION LLC,                    DEFENDANT.

**\*\*\* \*\*\* \*\*\* \*\*\***

This matter is before the Court on Plaintiffs', Continental Insurance Company and Transportation Insurance Company, Motion to Enter Stipulated Final Judgment. [R. 7]. The following facts are uncontested, as Defendant has failed to appear in this case and has failed to respond to this motion. In the Motion, the Plaintiffs stated they issued various insurance policies to the Defendant, TLP Construction, LLP. [*Id*. at pg. 1]. Defendant failed to remit payment of the outstanding premiums owed to Plaintiffs pursuant to the terms of the policies. [*Id*. at 2]. The parties then entered into a confidential settlement and release agreement because Defendant requested a payment plan to avoid litigation. [*Id*]. Defendant defaulted under the settlement agreement by failing to make timely installment payments for three consecutive months. [*Id*.]. After failing to make a payment in the fourth month, Plaintiffs issued a notice of default, as required by the settlement agreement. [*Id*]. After Defendant failed to cure, Plaintiffs filed this lawsuit. [*Id*.].

Following the filing of the Plaintiffs' Motion, [R. 7], the Court issued an order directing the Plaintiffs to file the settlement agreement into the record under seal and setting the matter for a hearing. [R. 9]. The Defendant was directed to personally appear at the hearing and that failure

to appear may result in the undersigned recommending that the Plaintiffs' motion, [R. 7], be granted. [R. 9]. The hearing was conducted on September 17, 2025, before the undersigned, and the Defendant did not appear. Therefore, having considered the matter,

**IT IS RECOMMENDED** that Plaintiffs' Motion to Enter Stipulated Final Judgment, [R. 7], be **GRANTED** and judgment be entered for Plaintiffs in the amount pursuant to the default terms of the Settlement Agreement, $83,638.27, plus attorney fees and costs incurred by Plaintiffs in bringing this suit.

*** *** *** ***

The parties are directed to 28 U.S.C. § 636(b)(1) for a review of appeal rights governing this Recommended Disposition. Particularized objections to this Recommended Disposition must be filed within fourteen days from the date of service thereof or further appeal is waived. *United States v. Campbell*, 261 F.3d 628, 632 (6th Cir. 2001); *Thomas v. Ann*, 728 F.2d 813, 815 (6th Cir. 1984). General objections or objections that require a judge's interpretation are insufficient to preserve the right to appeal. *Cowherd v. Million*, 380 F.3d 909, 912 (6th Cir. 2004); *Miller v. Currie*, 50 F.3d 373, 380 (6th Cir. 1995). A party may file a response to another party's objections within fourteen days after being served with a copy thereof. 28 U.S.C. § 636(b)(1)(C); Fed. R. Crim. P. 59(b)(1).

Signed September 25, 2025.



Signed By:

*Edward B. Atkins*

**United States Magistrate Judge**