UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
AT ASHLAND

CIVIL ACTION NO. 25-66-DLB-EBA

CONTINENTAL INSURANCE COMPANY and           PLAINTIFFS
TRANSPORTATION INSURANCE COMPANY

v.      **<u>ORDER ADOPTING REPORT AND RECOMMENDATION</u>**

TLP CONSTRUCTION LLC,                                                               DEFENDANT

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

      This matter is before the Court upon the September 25, 2025 Report and Recommendation ("R&R") of United States Magistrate Judge Edward B. Atkins (Doc. # 13), wherein he recommends that Plaintiffs' Motion to Enter Stipulated Final Judgment be granted and judgment be entered for Plaintiffs in the amount pursuant to the default terms of the settlement agreement, $83,638.27.

      Defendant filed the instant motion on July 31, 2025. (Doc. # 7). On August 19, 2025, Judge Atkins ordered the Plaintiffs to file the settlement agreement referenced in their Motion and further ordered a hearing on the matter for September 17, 2025. (Doc. # 9). As directed, Plaintiffs filed the settlement agreement (Doc. # 10) and the hearing was held on September 17, 2025 (Doc. # 11). Judge Atkins then issued his R&R on September 25, 2025. (Doc. # 65). No objections having been filed, and the time to do so having now expired, the R&R is now ripe for the Court's consideration. The Court having reviewed the R&R, concluding that it is sound in all respects, and being otherwise sufficiently advised,

1

**IT IS ORDERED** as follows:

(1)  The Magistrate Judge's R&R (Doc. # 13) is hereby **ADOPTED** as the Opinion of the Court;

(2)  The Plaintiffs' Motion to Enter Stipulated Final Judgment (Doc. # 7) is hereby **GRANTED**;

(3)  For the reasons set forth in the Magistrate Judge's R&R (Doc. # 13), the Court shall issue judgment to be entered for Plaintiffs in the amount pursuant to the default terms of the Settlement Agreement, $83,638.27, plus attorney fees and costs incurred by Plaintiffs in bringing this suit; and

(4)  A separate Judgment will be filed concurrently herewith.

This 23rd day of October, 2025.



Signed By:
David L. Bunning
Chief United States District Judge

G:\Judge-DLB\DATA\ORDERS\Ashland Civil\2025\25-66 Order Adopting R&R.docx